IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Darrell Eugene Smith, | ) | C.A. No. 6:06-749 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Alberto R. Gonzales, U.S. Attorney General; and John J. LaManna, Warden of FCI - Edgefield, | ) ) ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

This action, seeking habeas corpus relief pursuant to Title 28, United States Code, Section 2241, was filed by *pro se* Petitioner Darrell Eugene Smith ("Petitioner") in the United States District Court for the District of Columbia in Washington, D.C. On February 6, 2006, this case was transferred to the United States District Court for the District of South Carolina. On March 16, 2006, Magistrate Judge William M. Catoe issued a Report and Recommendation in this case recommending that the "petition be dismissed *without prejudice* and without requiring the respondents to file a return because the petitioner has not exhausted his available administrative remedies in the Federal Bureau of Prisons." (Doc. #7 (emphasis in original)). No party to this action filed any objections to the Report and Recommendation issued by Magistrate Judge Catoe.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

1

2

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation, and for the reasons articulated by the Magistrate Judge, and in light of no party to this action filing any objections to the Report and Recommendation, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**  (Doc. #7), and this action is dismissed without prejudice.

**IT IS SO ORDERED.**

S/ Terry L. Wooten

Terry L. Wooten
United States District Judge

April 18, 2006
Florence, South Carolina